# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
3/24/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: CD DEPUTY

Case Number: 22-CR-00057(A)-FMO
Defendant Number: 1
U.S.A. v. JOSE MANUEL PEREZ
Year of Birth: 1991

☐ Indictment   ☐ Information
Investigative agency (FBI, DEA, etc.): USFWS

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense
☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense: 1/2016 - 2/2022

c. County in which first offense occurred: Ventura

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☐ Los Angeles   ☑ Ventura
☐ Orange   ☐ Santa Barbara
☐ Riverside   ☐ San Luis Obispo
☐ San Bernardino   ☑ Other W.D. Tex, S.D. Cal

Citation of Offense: 18 U.S.C. 371; 18 U.S.C. 545; 16 U.S.C. 3372(a)(1) and 3373(d)(1)(B)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No   ☐ Yes

If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: _____
Case Number: _____
Assigned Judge: _____
Charging: _____

The complaint/CVB citation:
☐ is still pending
☐ was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☑ Yes
IF YES, provide Name: DFPD Jack Notar (S.D. Cal.)
Phone Number: 703-727-1685

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

IS THIS A NEW DEFENDANT?   ☐ Yes   ☑ No

This is the 1st superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: Feb. 24, 2022
Case Number 22-CR-00057-FMO

The superseded case:
☑ is still pending before Judge/Magistrate Judge
Hon. Fernando M. Olguin
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**

☑ Male ☐ Female
☑ U.S. Citizen ☐ Alien
Alias Name(s) "Julio Rodriguez"

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).
Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud ☐ public corruption
☐ government fraud ☐ tax offenses
☑ environmental issues ☐ mail/wire fraud
☐ narcotics offenses ☐ immigration offenses
☐ violent crimes/firearms ☐ corporate fraud
☑ Other   Wildlife trafficking; smuggling; fraud against the United States

**CUSTODY STATUS**

Defendant is **not in custody**:
 a. Date and time of arrest on complaint: _____
 b. Posted bond at complaint level on: _____
  in the amount of $ _____
 c. PSA supervision? ☐ Yes ☐ No
 d. Is on bail or release from another district: _____

Defendant is **in custody**:
 a. Place of incarceration: ☐ State ☑ Federal
 b. Name of Institution:  MCC San Diego
 c. If Federal, U.S. Marshals Service Registration Number: 05442-506
 d. ☐ Solely on this charge. Date and time of arrest: Feb. 25, 2022
 e. On another conviction: ☐ Yes ☐ No
  IF YES: ☐ State ☐ Federal ☐ Writ of Issue
 f. Awaiting trial on other charges: ☑ Yes ☐ No
  IF YES: ☐ State ☑ Federal  AND
  Name of Court:  S.D. Cal. (22-MJ-827)
  Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   03/22/2022

Signature of Assistant U.S. Attorney
Matthew O'Brien
Print Name