UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:22-CR-00057(A)-FMO     Recorder: CS 03/28/2022     Date: 03/28/2022

Present: The Honorable Rozella A. Oliver, U.S. Magistrate Judge

Court Clerk: Donnamarie Luengo     Assistant U.S. Attorney: Morgan Cohen by VTC

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) JOSE MANUEL PEREZ<br>    CUSTODY-PRESENT BY VTC | 1) CHAD PENNINGTON<br>    DFPD BY VTC | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and the Court does not question defendant as to true name.
Defendant is given a copy of the First Superseding Indictment and acknowledges having been read or having received a copy of the First Superseding Indictment and waives the reading thereof. .

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case is assigned to the calendar of District Judge Fernando M. Olguin.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 5/24/2022 at 8:45 AM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 02
Initials of Deputy Clerk: DL by TRB

cc: Statistics Clerk, PSALA USMLA