**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. 2:22-cr-00057-FMO-1        CourtSmart CS 4/29/2022        Date: April 29, 2022

Present: The Honorable Rozella A. Oliver, U.S. Magistrate Judge

Donnamarie Luengo         Matthew O'Brien         N/A
Deputy Clerk              Assistant U.S. Attorney  Interpreter / Language

USA v. Jose Manuel Perez-Video
☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant: Chad Pennington
☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**       ☐ Contested detention hearing is held.
☐ Government's request for detention is: ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Witnesses CST (see separate list).      ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
　☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____. ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐ a.m. / ☐ p.m. in Courtroom _____ before Judge _____.
☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____, in Courtroom _____ before Judge _____.
☐ Release Order Issued - Release No. _____.
☐ Other: _____

**PROCEEDINGS:**   ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
　　　　　　　　☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's  ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
　　　　☐ GRANTED  ☑ DENIED
Court ORDERS bail as to the above-named defendant ☐ modified to ☐ set at: $ _____
　☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☑ Court denies request for current bond modification.
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
　☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____.
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☑ Other Bond conditions previously set in CASD on 2/28/2022 and adopted by this Court on 3/28/2022 remains unchanged. (See Dkt 21).

Release Order Issued - Release No. _____                         : 41
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk Initials DL

M-46 (10/21)   MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING