1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  CHAD J. PENNINGTON (MN Bar No. 0397620)
   (Chad_Pennington@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   JOSE MANUEL PEREZ

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10                   **WESTERN DIVISION**

11

12 UNITED STATES OF AMERICA,          Case No. 2:22-cr-00057-FMO

13        Plaintiff,                  **[PROPOSED] ORDER**

14     v.

15 JOSE MANUEL PEREZ,

16        Defendant.

17

18     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

19 Jose Perez's bond application is approved.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

|   |   |
|---|---|
| _____ | _____ |
| DATE | HONORABLE FERNANDO M. OLGUIN |
|  | United States District Judge |

Presented by:

*/s/ Chad Pennington*
_____
CHAD PENNINGTON
DEPUTY FEDERAL PUBLIC DEFENDER
ATTORNEY FOR JOSE MANUEL PEREZ